UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JABARI HALEEM MUIED,<br><br>    Plaintiff,<br><br>v.<br><br>B. MAYFIELD,<br><br>    Defendant. | **Case No. 1:19-cv-0982-LJO-JLT (PC)**<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND REQUIRING PLAINTIFF TO FILE A RESPONSE**<br><br>**(Doc. 12)**<br><br>**THIRTY-DAY DEADLINE** |

    Plaintiff moves for leave to amend his complaint. Because plaintiff may amend his complaint once as a matter of course, see Fed. R. Civ. P. 15(a), this motion will be denied as moot.

    However, it is not clear whether the document that plaintiff filed with his motion is itself the amended complaint. Instead, it appears that plaintiff is referencing allegations from the original complaint and including additional commentary related to exhibits attached to the instant motion. But nowhere in this second document does plaintiff provide the factual basis of his claims. Insofar as plaintiff is asking the Court to peruse the exhibits in order to determine the factual basis of his claim, this is improper. See Fed. R. Civ. P. 8(a) (a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief"). If, on the other hand, plaintiff seeks to supplement the original complaint, he is hereby informed that an amended complaint supersedes the prior complaint, see Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967), and it must be "complete in itself without reference to the prior or superseded pleading," Local Rule 220. It is also

1

possible that plaintiff is merely supporting his motion with information as to how he would amend his original complaint. Since the submission of this document raises several questions, plaintiff will be directed to file a response.

Accordingly, the Court DENIES as moot plaintiff's motion to amend. Within thirty days, plaintiff is directed to inform the Court as to which of the documents (Docs. 1, 12) serves as the operative pleading in this case. Alternatively, plaintiff may file a new pleading titled "First Amended Complaint" within thirty days from the date of this order.

IT IS SO ORDERED.

Dated: __**January 9, 2020**__ _____**/s/ Jennifer L. Thurston**_
                                                                             UNITED STATES MAGISTRATE JUDGE