UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JABARI HALEEM MUIED,<br><br>  Plaintiff,<br><br>  v.<br><br>B. MAYFIELD,<br><br>  Defendant. | **Case No. 1:19-cv-00982-NONE-JLT (PC)**<br><br>**FINDINGS AND RECOMMENDATIONS TO DISMISS CASE FOR FAILURE TO COMPLY WITH COURT ORDER AND FAILURE TO PROSECUTE**<br><br>**FOURTEEN-DAY DEADLINE** |

The Court screened Plaintiff's and found it did not state a cognizable claim. The Court directed Plaintiff to submit a notice indicating whether he wished to proceed with the complaint as screened, whether he wished to file a new pleading, or whether he wished to dismiss this action. Plaintiff was specifically forewarned that failure to comply with the Court's order would result in the recommendation that the action be dismissed for failure to obey a court order and failure to state a claim. Despite asking for an extension of time to respond, plaintiff has not yet responded, and the deadline for doing so has now passed. The Court therefore **RECOMMENDS** that this action be dismissed for failure to obey a court order and failure to state a claim.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these Findings and Recommendations, the parties may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's

1

Findings and Recommendations." The parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:  **October 2, 2020**                              **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE