UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JABARI HALEEM MUIED,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>B. MAYFIELD,<br><br>　　　　　　Defendant. | No. 1:19-cv-0982-NONE-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CASE FOR FAILURE TO COMPLY WITH COURT ORDER AND FAILURE TO PROSECUTE<br><br>(Doc. No. 19)<br><br>CLERK TO CLOSE CASE |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On October 2, 2020, the magistrate judge filed findings and recommendations to dismiss this case for failure to comply with a court order and failure to prosecute. (Doc. No. 19.) The findings and recommendations were served on plaintiff and contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (*Id*.) Plaintiff has not filed objections to the findings and recommendations.

　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed October 2, 2020, (Doc. No. 19), are adopted in full;

2. This action is dismissed for failure to obey a court order and failure to prosecute; and

3. The Clerk of Court is directed to assign a district judge to this case for the purpose of closing the case and then to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated:   **December 9, 2020**              *Dale A. Drozd*
                                           UNITED STATES DISTRICT JUDGE